FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 9 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                       | CRIMINAL NO. 24-0037 JB |
| Plaintiff,                           ) | |
| )                                       | |
| vs.                                  ) | 18 U.S.C. §§ 922(g)(1), 922(g)(9), and |
| )                                       | 924: Prohibited Person in Possession of a |
| **CRANDALL CRAIG MARTIN,**           ) | Firearm and Ammunition. |
| )                                       | |
| Defendant.                           ) | |

## INDICTMENT

The Grand Jury charges:

On or about August 10, 2022, in San Juan County, in the District of New Mexico, the defendant, **CRANDALL CRAIG MARTIN**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically: (1) battery upon a peace officer (two convictions) and (2) battery upon a healthcare worker, and that he had been convicted of a misdemeanor crime of domestic violence, specifically, battery upon a household member, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1), 922(g)(9), and 924.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney